First Court of Appeals
of Texas at Houston

FILED IN
1ST COURT OF APPEALS
HOUSTON. TEXAS

NOV 3 0 2015

CHRISTOPHER A. PRINE

CLERK

Shamsher Medih Chisti, §
    Petitioner, §
§
Vs. § Cause No: 01-15-00875-CR
§
§
The State of Texas, §
    Respondent. §

## Motion for Extension of Time

TO THE HONORABLE JUSTICES OF SAID COURT:

COMES NOW, Shamsher Medih Chisti, TDCJ-ID #1490300, Petitioner, pro-se, presenting this Motion for an Extension of Sixty (60) days in which to file his Appellant's Brief. Petitioner, hereinafter, Styled: "Appellant," files this Motion in good faith and in support of said Motion would respectfully show the Honorable Court the foll:

### I.

The Petitioner was convicted in the 149th Judicial District Court of Brazoria County, Texas of the offense of Aggravated Kidnapping in Cause No. 54249, styled: The State of Texas vs. Shamsher Medih Chisti. The Petitioner appealed his conviction to the First Court of Appeals at Houston, Cause No. 01-08-00208-CR. The Case was affirmed on November 19, 2009.

### II.

The present deadline to file the Appellant's Brief is December 03, 2015. The Appellant has not requested any extension prior to this request. Additional time is needed to perfect the Appellant brief.

### III.

Appellant requests an extension of time based upon the following: Since the time Appellant filed his Writ of Audita Querela petition in the 149th district Court and no findings of facts nor conclusion of

Motion for Extension of Time                      Page 1 of 2

law were conducted in said proceeding, Appellant had received notice that the 257th Judicial District Court of Harris County in Cause no: 2013-12431, styled: Shamsher Medih Chisti Vs. Sana Chisti a/k/a Kiran Wilwerding, is going to hold a trial in his Bill of Review suit which he filed in that family court challenging the validity of the Final Decree of Divorce Judgment entered by said court in relation to the claim raised in the Writ of Audita Querela Petition. Appellant asks for the additional time to prepare his Appellant's Brief for that reason and the fact he is incarcerated and unable to work on the brief without the interferences of prison life and its hinderances.

WHEREFORE, Appellant prays this Court grant this Motion and extend the deadline for filing the Appellant's Brief to February 03, 2016.

So Prayed on this the 27th day of November, 2015.

Respectfully Submitted,

X _____
Shamsher Medih Chisti
TDCJ-ID No. 1490300
James A. Lynaugh Unit
1098, South Hwy 2037
Ft. Stockton, Tx 79735

## Verification

I, Shamsher Medih Chisti, being presently incarcerated at the James A. Lynaugh Unit of TDCJ-ID, declare under the penalty of perjury that the foregoing facts are true and correct.

X _____
Shamsher Medih Chisti

## Certificate of Service

I certify that a true and correct copy of the foregoing was sent to the Respondent by and through his attorney of record, the District Attorney of Brazoria County, Texas by placing the same in the U.S. Mail, Postage Pre-Paid, addressed as follows:

DAVID BOSSERMAN
Assistant District Attorney
111 E. Locust, Suite 408A
Angleton, Tx 77515

X _____
Shamsher Medih Chisti
Appellant Pro Se

Chisti Shamsher #1490300
James A. Lynaugh Unit
1098, South Hwy 2037
Ft. Stockton, Tx 79735

\*\*\*Legal Mail\*\*\*



RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

NOV 3 0 2015

CHRISTOPHER A. PRINE
CLERK

77002\$2062

MIDLAND / ODESSA
TX 797 2 T
24 NOV 2015 PM
FOREVER USA

To,
Christopher A. Prine
Clerk of the Court
First Court of Appeal
301 Fannin Street
Houston, Tx 77002-2066